IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50853
Conference Calendar

_____

STEVEN EDWARD MOSS,

Plaintiff-Appellant,

versus

GUADALUPE COUNTY COMMISSIONERS; MELVIN HARBORTH, SHERIFF;
BRENDA BOUNDS,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-94-CV-864
- - - - - - - - - -
August 21, 1996
Before KING, DUHÉ, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Steven Moss, T.D.C.J.# 592042, a convicted prisoner, appeals the dismissal of his complaint pursuant to 42 U.S.C. § 1983 alleging denial of access to medical care, deprivation of liberty without due process, and denial of access to the courts. We have reviewed the record and the opinion of the magistrate judge, and find no reversible error. Accordingly, we affirm for the same reasons given by the magistrate judge. *Moss v. Guadalupe County*

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

*Commissioners*, No. SA-94-CV-864 (W.D. Tex. Oct. 18, 1995).

AFFIRMED.